

---------- Forwarded message ---------
From: **Announcements [Clark County School District]** <ccsd-announcements@nv.ccsd.net>
Date: Thu, Sep 2, 2021 at 12:55 AM
Subject: CCSD News Release: CCSD Board of School Trustees meeting recap
To: G-0001-All-Staff <G-0001-All-Staff@nv.ccsd.net>



**For Immediate Release**
**Sep. 2, 2021**

## CCSD Board of School Trustees meeting recap

**LAS VEGAS - Agenda item 3.01 - Approval of Resolution to Authorize Superintendent to Establish a Policy for Mandatory Vaccination of Employees for COVID-19**

The health and well-being of our students and staff is the top priority for the Clark County School District (CCSD).

The Board of School Trustees voted to authorize Superintendent Dr. Jesus F. Jara to develop and implement a mandatory vaccination plan through which School District employees will be required to be fully vaccinated against COVID-19. The plan will include a process for requesting accomodations from the vaccination requirement for either medical conditions or for sincerely held religious beliefs.

This mandate applies only to CCSD employees, and there is no current mandate for students.

Superintendent Jara will develop the plan as rapidly and carefully as possible through consultation with District staff, union representatives, and partners.

To view the documents related to this item, here and here.

###

 Follow us on Twitter        Like us on Facebook 

Office of the Superintendent – Communications Office
5100 W. Sahara Ave., Las Vegas, NV 89146

**APPROVAL OF RESOLUTION TO AUTHORIZE SUPERINTENDENT TO ESTABLISH A POLICY FOR MANDATORY VACCINATION OF EMPLOYEES FOR COVID-19**

The Superintendent hereby requests that the Board of School Trustees approve the attached resolution authorizing the Superintendent to draft and implement a policy that establishes employee mandatory vaccination for Covid-19 and related illnesses.

Discussion and possible action on the approval of the Authorization of COVID-19 Vaccine Mandate for School District Employees.

Jesus Jara  Page 1 of 1
September 1, 2021

Reference 3.01 (A)

## Resolution to Authorize the Superintendent to Develop and Implement a COVID-19 Vaccine Mandate for School District Employees

The Board of School Trustees for the Clark County School District ("Board") hereby resolve the following:

WHEREAS, the Clark County School District (School District) intends for all children to be able to attend school for full in-person learning, five days a week, during the 2021-2022 school year; and

WHEREAS, the School District is relying on layered strategies to help combat COVID-19 and virus variants (COVID-19) so that students can learn in school buildings, including but not limited to, vaccination, masking, social distancing, hand hygiene, on site COVID-19 testing, and quarantining/isolating; and

WHEREAS, the School District has stressed the importance of and helped to facilitate access to the COVID-19 vaccination for employees, families, and age-eligible students, and partnered with the Southern Nevada Health District to make COVID-19 vaccinations available to all School District employees during the 2020-2021 school year and summer months; and

WHEREAS, notwithstanding this effort and the significant number of employees who have been vaccinated to date, several thousand employees are believed to not yet be vaccinated which is a public safety concern; and

WHEREAS, children under age 12 and persons with certain medical conditions are not currently able to receive the COVID-19 vaccination; and

WHEREAS, pursuant to the Nevada Revised Statutes the Clark County Board of School Trustees may adopt and enforce such reasonable rules and regulations as it may deem appropriate regarding the management of its school affairs, which include prioritizing efforts to promote the health and safety of students, staff and the public against COVID-19; and

WHEREAS, the School District has consulted with experts regarding relative risks and benefits of mandating the COVID-19 vaccine, including the benefits to children of being in school for full in-person learning; the disease prevention and mitigation benefits from, and safety and efficacy of, the COVID-19 vaccine; and considerations of equity for students and staff; and

WHEREAS, while the School District and the Board of Education recognize that students and staff may be exposed to COVID-19 outside of the educational setting, the risk of exposure in the school setting is expected to decrease as the number of persons who are vaccinated increases, and reducing exposure to and the incidence of COVID-19 is expected to result in fewer missed days of school and more in-person learning days for children and staff and, consequently, improved student achievement;

**NOW, THEREFORE, BE IT RESOLVED, that the Board, hereby declares the following:**

That the **Clark County Board of School Trustees hereby delegates the authority and directs the Superintendent, or his designees, to:**

(i)      develop and implement a mandatory vaccination plan through which all School District employees will be required to be fully vaccinated against COVID-19;

(ii)     develop and implement a process for submission to and consideration by the School District of appropriate requests for exemption from the vaccination requirement and potential accommodations, which may be based on certain documented medical circumstances or sincerely held religious beliefs;

(iii)    identify categories of contracted personnel and service providers who must be fully vaccinated in order to work in School District facilities, on School District property, and/or in the presence of School District staff or students (such as, contractors providing student transportation services), and require those impacted contractors to submit appropriate proof of full vaccination status for such personnel;

(iv)    develop and carry out appropriate strategies to reach full vaccination compliance, which may involve, but are not limited to, targeted communications, access to accurate scientific information, ease of access to the vaccine, vaccine mandate compliance incentives, and/or progressive discipline for personnel who do not timely comply with the vaccination requirement and/or submit appropriate documentation of vaccination status.

APPROVED this  _____  day of September, 2021.

_____         _____
Linda P. Cavazos, President                                                 Evelyn Garcia Morales, Clerk
Clark County School District                                               Clark County School District
Board of Trustees                                                                Board of Trustees