

**STEVE SISOLAK**
*GOVERNOR*

**STATE OF NEVADA**
**OFFICE OF GOVERNOR STEVE SISOLAK**
One Hundred One North Carson Street
Carson City, Nevada 89701

# MEMORANDUM

| | |
|---|---|
| **Date:** | Friday, July 30, 2021 |
| **To:** | All State Employees |
| **From:** | Office of Governor Steve Sisolak |
| **Subject:** | State Employee Mask and Testing Policy |

### Nevada State Employee COVID-19 Masking and Testing Policy

**Mask Policy for the General Public**

This is a reminder that, pursuant to Emergency Directive 045, the State of Nevada has adopted the CDC's guidance on wearing masks as a requirement, not just a recommendation. This applies to all people in Nevada, not only State employees, and requires that all unvaccinated persons must wear a mask while indoors and in crowded outdoor settings.

Pursuant to Emergency Directive 047, effective July 30, 2021, the new CDC mask guidance that was issued on July 27, 2021 will replace the current mask requirements. The new mask requirements are:

- Everyone, including fully vaccinated individuals, must wear a mask in public indoor settings in counties with substantial or high transmission.
- Substantial or high transmission are those counties that have 50 or more new cases per 100,000 people in the past 7 days, or a test positivity rate of 8% or higher.
- Currently, 12 of Nevada's 17 counties have substantial or high transmission. See https://covid.cdc.gov/covid-data-tracker/#county-view
- The only counties that do <u>not</u> have substantial or high transmission currently are: Storey, Humboldt, Lander, Eureka, and Pershing.

This means that in most counties the public must wear a mask when entering state offices and facilities.

**Mask Policy for State Employees**

Effective immediately, all state employees, regardless of vaccination status, must wear a mask that covers the nose and mouth at all times that the employee is on duty, except:
1. When the employee is alone in a closed office or vehicle;

    2. When the employee is outdoors and maintains at least six feet of distance from others;
    3. When the employee is working remotely from home or other location where the employee is not in contact with the public or other employees; or,
    4. Those employees working in a county that has low to moderate transmission rates (currently Storey, Humboldt, Lander, Eureka, and Pershing).

Noncompliance with the mask policy for state employees is a cause for disciplinary or corrective action pursuant to NAC 284.650(19).

Employees who cannot wear a mask due to a medical condition must provide their human resources officer / department with documentation from a Nevada-licensed physician or other qualified healthcare provider that specifically indicates that the employee is unable to wear a mask. The greatest extent possible, the employee must use an alternative, such as a face shield.

In those counties with low to moderate transmission, the same masking requirements apply, except that employees who are fully vaccinated and who have provided proof of vaccination to their HR department / officer are not required to wear a mask.

**Testing Policy for State Employees**

Effective August 15, employees who are not fully vaccinated must be tested weekly for COVID-19 and proof of testing and results must be submitted to their human resources officer / department.

All Departments will be assigned testing days based on locations. Testing sites will be available on assigned days in Carson City, Clark County, and Washoe County as well as community locations in the remaining counties. Employees who fail to comply with testing requirements will be subject to progressive discipline. Employees who work from home and are not vaccinated will need to be tested prior to entering their work location or interacting with the public in an official capacity. Proof of testing must be presented to either their immediate supervisor and/or Human Resources Officer/Department. Employees will not be given administrative leave time for testing, but employers are encouraged to authorize release time for employees who cannot get tested outside of work hours.

The Department of Administration, in consultation with the Department of Health and Human Services, will identify "work locations" where State employees share workspaces or common areas, or are otherwise likely to come into occasional contact with each other or the public. When at least 70% of all State employees (regardless of agency) in a work location (for example, the Grant Sawyer Building) are fully vaccinated, then testing requirements will be removed for that work location.

Nurses will be available to agencies that would like to hold informational town halls to educate employees about the vaccine and to answer any questions about the vaccine. Additionally, employees are eligible for up to four hours of paid administrative leave to receive the vaccine. Employees will also receive up to four hours of paid administrative leave for the vaccination of dependent minor children.

Employees who are not able to receive the vaccine due to a medical condition or for any other reason must continue to undergo weekly COVID-19 testing. Noncompliance with the testing policy for state employees is a cause for disciplinary or corrective action pursuant to NAC 284.650(19).

"Fully vaccinated" means two weeks have elapsed since the employee received the second dose in a two-dose vaccine series, like Pfizer or Moderna, or two weeks after a single-dose vaccine, like Johnson & Johnson/Janssen.

Agencies with employees who work in higher risk settings, such as congregate housing or institutional settings, may have policies that are more restrictive regarding testing and masks. Additionally, Departments, Agencies and local governments may have more restrictive policies in place, including an earlier effective date.

