

**Office of the Deputy Superintendent**
INTEROFFICE MEMORANDUM

| | |
|---|---|
| **DATE:** | August 4, 2021 |
| **TO:** | All CCSD Employees |
| **FROM:** | Dr. Brenda Larsen-Mitchell, Deputy Superintendent |
| **SUBJECT:** | Updated Health and Safety Protocols |

_____

The District is committed to opening schools for all students as safely as possible for in-person learning for the 2021-2022 school year. As a result of the current high transmission rates of COVID-19 and in alignment with the recommendations from the Centers for Disease Control and Prevention, the Southern Nevada Health District, and the Governor's Directive(s), staff will adhere to the following guidelines:

*Staff Guidelines*
- All staff are required to wear face masks while inside school buildings/facilities, unless medical conditions prohibit use.
- All staff are required to wear face masks on all District buses, unless medical conditions prohibit use.
- Staff requiring an accommodation must contact the Office of Diversity and Affirmative Action/Americans with Disabilities Act/Title IX Programs at (702) 799-5087.
- Staff are required to log in every workday to emocha Health for daily symptom monitoring.
- Staff should upload their COVID-19 Vaccination Record Card through emocha Health.
- Staff who do not upload their COVID-19 Vaccination Record Card to emocha Health will participate in required weekly mandatory COVID-19 testing outside of their contractual workday at designated District sites beginning August 9, 2021.
- If an individual wants to acquire a COVID-19 vaccination, refer to the information located at Clark County Vaccination Site Schedule.

*Student Guidelines*
- All students are required to wear face masks while inside school buildings/facilities, unless medical or developmental conditions prohibit use.
- All students are required to wear face masks on all District buses, unless medical or developmental conditions prohibit use.
- If a student requires an exemption from wearing a face mask, an Individualized Education Program or Section 504 Accommodation Plan team meeting must be held to determine if the face mask exemption is appropriate.

The District will continue to monitor the health data in our community to make informed decisions regarding the implementation of mitigation strategies.