

# POST-PROBATIONARY LICENSED EMPLOYEE
# Notice of Intent to Accept Reemployment

**NAME:**
**EMPLOYEE ID:**
**LOCATION:**
**EMPLOYMENT STATUS:** T

## 1 YEAR CONTRACT 2021 - 2022

1. NRS 391.810 requires that, on or before May 10 of each year, all post-probationary licensed employees must notify the Board of School Trustees in writing, on forms provided by the Board, of their intention to accept reemployment.

2. Negotiations with the employee association may still be in progress, and the final determination of salaries for employees on the Professional Salary Table may not be made before May 1, which is the date contracts are usually offered.

3. Contracts will be prepared for employees on the Professional Salary Table who indicate their acceptance of reemployment for the **2021 - 2022** contract year after the Clark County School District is notified of the amount of funding it will receive, and after the completion of negotiations with the employee association. Any agreement negotiated by the association for your bargaining unit will become part of the contract of employment. The negotiated agreement contains provisions regarding the reduction in force process, and such a reduction may occur prior to or during the upcoming contract year, and may supersede this offer of employment.

4. Please indicate in the box below your intent regarding employment with the District; complete and submit electronically on or before May 10, 2021. Failure to notify the Board of acceptance by May 10, 2021, shall be conclusive evidence of your rejection of reemployment with the District.

5. A licensed employee cannot be legally employed in the public schools of Nevada unless the employee holds a valid Nevada license of appropriate classification. The Nevada Administrative Code (NAC 391.025) places responsibility of proper licensing, at all times, upon the employee. Failure to obtain and maintain a license of appropriate classification, at all times, constitutes misconduct, which may result in disciplinary action including admonition, suspension, dismissal, and/or non-reemployment.

☒ I accept employment with the Clark County School District for the **2021 - 2022** contract year.

☐ I reject employment with the Clark County School District for the **2021 - 2022** contract year.

Employee's Signature – Date



**CCSD**
**CLARK COUNTY**
**SCHOOL DISTRICT**

# CONTRACT BETWEEN
# EMPLOYEE AND TRUSTEES

### 2020 - 2021 SCHOOL YEAR

THIS CONTRACT between the Board of School Trustees of the Clark County School District, State of Nevada, the Employer; and

| | |
|---|---|
| NAME | CONTRACTED DAYS 184 |
| EMPLOYEE ID | LOCATION |
| TOTAL CONTRACT AMOUNT | STATUS T |

### THE EMPLOYEE

WITNESSETH: That the Employee and Employer do hereby covenant, agree, and contract regarding employment for professional service with the Clark County School District in accordance with the Laws of Nevada and the rules and regulations prescribed by the State Board of Education and the State Superintendent of Public Instruction. This Contract may be abrogated only as provided by the Nevada Revised Statutes, or by mutual consent, or as provided by this Contract. This Contract is subject only to terms and conditions contained herein. The following conditions and the documents referred to therein are made a part of this Contract. The Contract contains and is the full and complete Contract of these parties.

1. An individual cannot be legally employed in the public schools of Nevada in a position requiring a license unless the individual holds a valid Nevada license of appropriate classification. Nevada Law places responsibility of proper licensing, at all times, upon the employee. A valid license is a condition precedent for obtaining and maintaining employment with the Clark County School District.

2. Salary is subject to deductions as required by the United States or State of Nevada, and where applicable for group insurance and credit union payments, and such other deductions approved by the Clark County Board of School Trustees, upon a request in writing by the employee. The employer agrees to pay the employee the salary provided in twenty-four (24) semi-monthly installments per annum.

3. The employee agrees to fully perform professional services in accordance with the terms and conditions of the Negotiated Agreement between the Clark County School District and the Clark County Education Association. The employee agrees to perform professional services in accordance with the calendar determined and adopted by the employer, which is incorporated by reference as though fully set forth. In the event that this Contract is not performed in its entirety, the salary the employee receives shall be prorated in the same proportion as the number of school days worked is to the number of actual days of service required by the adopted calendar. Deductions for absences shall be made according to the provisions of the Nevada Revised Statutes and the Negotiated Agreement.

4. The employer's obligation to pay and the employee's right to receive payment of compensation or of any installment under the terms of this Contract shall cease upon the discharge, death, or resignation of any employee or failure of the employee to perform in accordance with the terms of this Contract. Such payments shall cease from the date of suspension of any employee under the provisions of the employee's Contract, unless otherwise ordered by the Board. Payment shall be made only for services rendered.

5. Assignments involving additional pay for contract days beyond the normal contract year, extra duty, or special services may be made at any time during the life of this Contract. These assignments may be terminated at will at any time by the appointing school administrator or successor. The assignment does not establish and shall not be construed to establish any property right, nor does it establish an expectancy of continued assignment. Compensation for these services may be adjusted in proportion to the length of the assignment completed. A termination from extra duty, special services, or reduction or elimination of contract days beyond the normal contract year is not subject to the provisions of the Nevada Revised Statutes, 391.650 to 391.830, inclusive.

6. The employee's position on the salary schedule shall be determined only once per contract year and shall be based upon the employee's status on the first day of each contract year. Any error or errors made in the compensation of the employee which occurs during the life of the Contract may be adjusted at the complete discretion of the employer.

7. A licensed employee may be suspended, dismissed, or not reemployed as provided by Chapter 391 of the Nevada Revised Statutes, as may be amended from time to time, and the Negotiated Agreement.

8. The services of the employee are to commence at such time and are to be performed in such school or schools and in such position or positions and at such place or places as may be designated during the term of this Contract by the Superintendent or the Superintendent's designated representative.

9. The employee reaffirms the oath to support the Constitution of the United States and the Constitution of the State of Nevada.

10. Policies and regulations of the Clark County School District, as adopted and as amended from time to time during the term of this Contract, are a part of this Contract and are incorporated by reference as though fully set forth.

11. The Negotiated Agreement adopted and approved between the Clark County Education Association and the Board of School Trustees of the Clark County School District and any amendments thereto are a part of this Contract and are incorporated by reference as though fully set forth.

12. Salaries will be paid in accordance with the Negotiated Agreement and any amendments thereto. CCSD may deduct from the wages or any other monies owed the employee the amount of any wage over-payment or any other monetary sums the employee owes the District.

13. SPECIAL NOTE – YEAR-ROUND LICENSED PERSONNEL WORKING DAYS BEYOND 184: Licensed personnel assigned to year-round schools may separately agree to contract days beyond the normal contract year of 184. Although PERS will be paid on such additional days and payment for those days will be spread evenly among the number of installments indicated, such an inclusion should not be construed to be a guarantee of continuation in such an assignment.

14. The School District, its officers, and employees shall be immune from any breach of this Contract caused by an incorrect date being produced, calculated, or generated by a computer or other information system that is owned or operated by the District, its officers, or employees, regardless of the cause of the error.

15. If this Contract is altered in any manner it becomes null and void.

IN WITNESS WHEREOF, the parties have subscribed their names in execution of this Contract, in the County of Clark, State of Nevada, on the date subscribed by the employee

SIGNED _Linda P. Cavazos_
PRESIDENT

**BOARD OF SCHOOL TRUSTEES**

SIGNED _[signature]_
CLERK

SIGNED _____
EMPLOYEE   DATE SIGNED BY EMPLOYEE