Adam R. Fulton, Esq.
Nevada Bar No. 11572
E-Mail: afulton@jfnvlaw.com
Logan G. Willson, Esq.
Nevada Bar No. 14967
E-Mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:   (702) 362-2060

Joseph S. Gilbert, Esq.
Nevada Bar No. 9033
E-Mail: joey@joeygilbertlaw.com
Roger O'Donnell, Esq.
Nevada Bar No. 14593
E-Mail: roger@joeygilbertlaw.com
**JOEY GILBERT & ASSOCIATES**
405 Marsh Avenue
Reno, Nevada 89509
Telephone: (775) 284-7700
Facsimile:   (775) 284-3809

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONIA ATKINS; MARIELA BARRETO; BONNIE BRUCKNER; PAULA DEHNER; ERNEST DOMANICO JR; LISA FILUTZE; ATHENA GARRISON; JOY GUIDO; JENNIFER HARRIS; TAMMY KRALICK; CLAIRE MCGARTLAND; CAROLE MOREO; LYNDA MURPHY; CARRIE PARR; JENNIFER PHILLIPS; CATHY RHODES; SUZANNE VAROS; and JACQUELINE YOUNG,<br><br>          Plaintiffs,<br><br>     v.<br><br>CLARK COUNTY SCHOOL DISTRICT, DR. JESUS F. JARA, in his | CASE NO.:   2:21-CV-02195<br><br><br><br>**CERTIFICATE OF INTERESTED PARTIES** |

JENNINGS & FULTON, LTD.
2580 SORREL STREET
LAS VEGAS, NEVADA 89146
TELEPHONE 702 979 3565 ♦ FAX 702 362 2060

official capacity as
SUPERINTENDENT OF CLARK
COUNTY SCHOOL DISTRICT; and
JOHN AND JANE DOES I-V.,

Defendants.

The undersigned attorney of record for Plaintiffs, TONIA ATKINS; MARIELA

BARRETO; BONNIE BRUCKNER; PAULA DEHNER; ERNEST DOMANICO JR;

LISA FILUTZE; ATHENA GARRISON; JOY GUIDO; JENNIFER HARRIS; TAMMY

KRALICK; CLAIRE MCGARTLAND; CAROLE MOREO; LYNDA MURPHY;

CARRIE PARR; JENNIFER PHILLIPS; CATHY RHODES; SUZANNE VAROS;

and JACQUELINE YOUNG, certifies that there are no known interested parties

other than those participating in this case.  These representations are made to

enable judges of the Court to evaluate possible disqualifications or recusal.

DATED: December 15th, 2021          JENNINGS & FULTON, LTD.


By:     /s/ Adam R. Fulton, Esq.
         ADAM R. FULTON, ESQ.
         Nevada Bar No.11572
         E-mail: afulton@jfnvlaw.com
         LOGAN G. WILLSON, ESQ.
         Nevada Bar No. 14967
         E-mail: logan@jfnvlaw.com
         2580 Sorrel Street
         Las Vegas, Nevada 89146
         Telephone: (702) 979-3565
         Facsimile:   (702) 362-2060
         Attorneys for Plaintiffs

JENNINGS & FULTON, LTD.
2580 SORREL STREET
LAS VEGAS, NEVADA 89146
TELEPHONE 702 979 3565 ♦ FAX 702 362 2060