ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
CHRISTINA M. GILBERTSON, ESQ.
Nevada Bar No. 9707
Email: christina@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:   (702) 362-2060

JOEY S. GILBERT, ESQ.
Nevada Bar No. 9033
joey@joeygilbertlaw.com
ROGER O'DONNELL, ESQ.
Nevada Bar No. 14593
roger@joeygilbertlaw.com
**JOEY GILBERT & ASSOCIATES**
405 Marsh Ave.
Reno, Nevada 89509
Telephone: (775) 284-7700
Facsimile: (770) 284-3809
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TONIA ATKINS; MARIELA BARRETO; BONNIE BRUCKNER; PAULA DEHNER; ERNEST DOMANICO JR; LISA FILUTZE; ATHENA GARRISON; JOY GUIDO; JENNIFER HARRIS; TAMMY KRALICK; CLAIRE McGARTLAND; CAROLE MOREO; LYNDA MURPHY; CARRIE PARR; JENNIFER PHILLIPS; CATHY RHODES; SUZANNE VAROS; and JACQUELINE YOUNG,<br><br>Plaintiffs, | Case No. 2:21-CV-02195<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

vs.

CLARK COUNTY SCHOOL DISTRICT, DR. JESUS F. JARA, in his official capacity as SUPERINTENDENT OF CLARK COUNTY SCHOOL DISTRICT; and JOHN AND JANE DOES I-V.

Defendants.

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, by and through their undersigned counsel, hereby dismisses the entire action without prejudice pursuant to FRCP 41(a)(1)(A)(i). Defendants have not appeared in this matter. Defendants have not filed an answer or a motion for summary judgment pursuant to FRCP 41(a)(1)(A)(i).

Plaintiffs request the Clerk of the Court to dismiss the entire action without prejudice pursuant to FRCP 41(a)(1)(A)(i).

DATED: January 20, 2022                    **JENNINGS & FULTON, LTD.**

By: */s/ Adam R. Fulton, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
CHRISTINA GILBERTSON, ESQ.
Nevada Bar No. 9707
Email: christina@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of JENNINGS & FULTON, LTD., and that on the 20th day of January 2022, I caused a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be served as follows:

   X    by depositing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope; or

_____ by facsimile transmission, pursuant to F.R.C.P. 5(b), as indicated below; or

_____ by the Court's electronic filling and service system to all parties, as indicated below:

| | |
|---|---|
| Clark County School District | Jesus F. Jara |
| 5100 W. Sahara Ave. | CCSD Superintendent |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89146 |
| *Defendant* | *Defendant* |

 

                                      */s/ Misty Janati*
                                      *An Employee of*
                                      JENNINGS & FULTON, LTD.